# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-842
_____

NATHAN ALBUQUERQUE,

Appellant,

v.

ANIMA DOMUS/AMTRUST NORTH
AMERICA,

Appellees.

_____

On appeal from an order of the Judge of Compensation Claims.
Walter J. Havers, Judge.

Date of Accident: March 17, 2017.

November 19, 2018

PER CURIAM.

AFFIRMED.

WOLF, MAKAR, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Richard A. Sicking and Mark A. Touby of Touby, Chait & Sicking, P.L., Coral Gables, for Appellant.

Rayford H. Taylor, of Hall Booth Smith P.C., Atlanta, and Andrew R. Borah of Hurley, Rogner, Miller, Cox, Waranch & Westcott, Deerfield Beach, for Appellees.